Case 7:12-cv-08758-VB   Document 2   Filed 12/03/12   Page 1 of 14

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re:

                                                             Chapter 11
                                                             Case No. 10-24129 (RDD)

HOTI ENTERPRISES, L.P. and
HOTI REALTY MANAGEMENT CO., INC.,

                                         Debtors.

------------------------------------------------------------- x

**APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES**

        Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc., (collectively, the "Appellants"), having filed a notice of appeal under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of New York from the September 14, 2012 [Dkt. No. 325] Order granting in part, motion of GECMC 2007 C-1 Burnett Street, LLC for entry of an order (1) Compelling the debtors' New Counsel (Arnold E. DiJoseph, (III) To Comply with the chapter 11 Plan, the August 10, 2012 Order, (II) Finding such new counsel in contempt of court, and (III) imposing sanctions, hereby designate the following for inclusion in the record on appeal and set forth a statement of issues to be presented on appeal, pursuant to Bankruptcy Rule 8006:

| **Date** | **Docket No.** | **Document Name** |
|---|---|---|
| 10/22/2010 | 10 | Motion to Authorize /Motion of GECMC 2007 C-1 Burnett Street, LLC, for an Order Excusing Compliance with Section 543 of the Bankruptcy Code or, Alternatively, Converting This Case to a Case Under Chapter 7 |
| 11/05/2010 | 24 | Motion for Relief from Stay /Motion of GECMC 2007 C-1 Burnett Street, LLC |
| 11/17/2010 | 34 | Response to Motion of GECMC 2007-C-1 Burnett Street, LLC for (1) an Order Excusing Compliance with Section 543 of the |


Bankruptcy Code or, Alternatively Converting the Case to a Case under Chapter 7 and (2) for Relief from the Automatic Stay or Dismissing the Chapter 11 Proceedings

11/17/2010      35              Motion to Approve Use of Cash Collateral and to Provide Adequate Protection Therefor

11/19/2010      36              Supplemental Response to Motion of GECMC 2007-C-1 Burnett Street, LLC for (1) an Order Excusing Compliance with Section 543 of the Bankruptcy Code or, Alternatively Converting the Case to a Case under Chapter 7 and (2) for Relief from the Automatic Stay or Dismissing the Chapter 11 Proceedings

11/19/2010      37              Response to Motion /Response of GECMC 2007 C-1 Burnett Street, LLC, to Declaration of Victor Dedvukaj (A) in Opposition to Motion of GECMC 2007 C-1 Burnett Street, LLC for (1) an Order Excusing Compliance with Section 543 of the Bankruptcy Code or, Alternatively Converting the Case to a Case under Chapter 7 and (2) Relief from the Automatic Stay or Dismissing the Chapter 11 Proceedings and (B) in Support of an Order Authorizing the Debtors to Use Cash Collateral and to Provide Adequate Protection Therefor

11/19/2010      38              Affidavit of Whitney Wheeler in Further Support of the Motions of GECMC 2007 C-1 Burnett Street, LLC, for an Order (I) Excusing Compliance with Section 543 of the Bankruptcy Code or, Alternatively, Converting this Case to a Case under Chapter 7 and (II) Granting (A) Relief from the Automatic Stay or, Alternatively, (B) Dismissal of the Chapter 11 Cases

11/19/2010      39              Affidavit of Receiver, Barbara S. Odwak, in Further Support of the Motions of GECMC 2007 C-1 Burnett Street, LLC, for an Order (I) Excusing Compliance with Section 543 of the Bankruptcy Code or, Alternatively, Converting this Case to a Case under Chapter 7 and (II) Granting (A) Relief from the Automatic Stay or, Alternatively, (B) Dismissal of the Chapter 11 Cases

12/14/2010      52              Transcript regarding Hearing Held on November 22, 2010 RE: Motion for an Order Shortening Time; Limiting Notice and Scheduling a Hearing to Consider on an Expedited Basis the Motion of GECMC 2007 C-1 Burnett Street; Motion for Relief From Stay/Motion of GECMC 2007 C-1 Burnett STreet for an Order Granting Relief From the Automatic Stay or Alternatively Dismissal of the Chapter 11 Cases. Remote electronic access to the transcript is restricted until 3/14/2011.

12/22/2010      43              Stipulation and Order signed on 12/22/2010 Consenting Use of Cash Collateral and Granting Adequate Protection to GECMC 2007 C-1 Burnett Street, LLC.

01/05/2011      48              Application for FRBP 2004 Examination filed by James B. Glucksman on behalf of Hoti Realty Management Co., Inc.

01/05/2011      49              Declaration in Further Support of Relief from the

Automatic Stay

01/10/2011    53    Affidavit of Receiver, Barbara S. Odwak, Esq. in Further Support of the Motion of GECMC 2007 C-1 Burnett Street, LLC for an Order Granting Relief from the Automatic Stay

01/12/2011    57    Objection to Motion / Objection of GECMC 2007 C-1 Burnett Street, LLC to Application In Support of Order Scheduling Examination Pursuant to Bankruptcy Rule 2004

01/18/2011    59    Motion to Withdraw as Attorney filed by James B. Glucksman on behalf of Rattet, Pasternak & Gordon-Oliver, LLP

01/19/2011    61    Order signed on 1/18/2011 Granting Motion for Relief from Stay for creditor, GECMC 2007 C-1 Burnett Street, LLC

02/08/2011    62    Letter Re: Substitute Counsel

02/14/2011    64    Order signed on 2/14/2011 Granting Motion to Withdraw as Attorney of Record for Rattet, Pasternak & Gordon-Oliver, LLP. (Related Doc # 59[RECAP]) (Webb, Lonnie) (Entered: 02/14/2011)

03/27/2011    75    Transcript regarding Hearing Held on 01/13/11 RE: TRANSCRIPT OF MOTION FOR RELIEF FROM STAY/MOTION OF GECMC; APPLICATION TO EMPLOY THE CARLTON GROUP.

03/27/2011    76    Transcript regarding Hearing Held on 12/20/10 RE: TRANSCRIPT OF MOTION TO APPROVE USE OF CASH COLLATERAL AND TO PROVIDE ADEQUATE PROTECTION THEREFOR.

12/15/2011    112   Motion to Approve / GECMC 2007 C-1 Burnett Street, LLC's Motion For Entry Of An Order (I) Approving The Disclosure Statement, (II) Approving Related Notice Procedures And (III) Scheduling An Expedited Hearing On Confirmation Of The Plan

12/15/2011    113   Disclosure Statement For Chapter 11 Plan Of Reorganization For Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc.

12/15/2011    114   Chapter 11 Plan Of Reorganization For Hoti Enterprises, L.P. And Hoti Realty Management Co., Inc.

01/31/2012    118   Application to Employ Pick & Zabicki, LLP as Substitute Bankruptcy Counsel

02/13/2012    122   Objection to Motion to the Adequacy of the Information in the Disclosure Statement

02/23/2012    127   Transcript regarding Hearing Held on 02/15/2012 RE: TRANSCRIPT OF GECMC 2007 C-1 BURNETT STREET, LLCs MOTION

FOR ENTRY OF AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT,(II) APPROVING RELATED NOTICE PROCEDURES, AND (III)SCHEDULING AN EXPEDITED HEARING ON CONFIRMATION OF THE PLAN;OBJECTION TO MOTION TO THE ADEQUACY OF THE INFORMATION IN DISCLOSURE STATEMENT.

03/07/2012   126   Motion to Approve /Relief from Stipulation and Order Governing Debtors' Use of Cash Collateral and Related Matters Pursuant to Bankruptcy Rule 9024

03/15/2012   128   First Amended Plan / First Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc.

03/15/2012   129   First Amended Disclosure Statement / First Modified Disclosure Statement for First Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc.

03/15/2012   130   First Amended Plan / [Blackline Version] First Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc.

03/15/2012   131   Amended Disclosure Statement / [Blackline Version]

03/19/2012   132   Order signed on 3/19/2012 Granting Motion to (I) Approve the First Modified Disclosure Statement, (II) Approving Related Notice Procedures and (III) Scheduling an Expedited Hearing on Confirmation of the Plan.

03/29/2012   152   Objection to Motion / Objection of GECMC 2007 C-1 Burnett Street, LLC to Debtors' Motion for Relief from Stipulation and Order Governing Debtors Use of Cash Collateral

04/03/2012   157   Reply to Motion Debtors' Reply to Objection Concerning Motion for Relief From Stipulation and Order Governing Debtors' Use of Cash Collateral and Related Matters Pursuant to Bankruptcy Rule 9024

04/12/2012   207   Transcript regarding Hearing Held on 4/5/12 RE: MOTION TO APPROVE STIPULATION AND ORDER GOVERNING DEBTORS USE OF CASH COLLATERAL AND RELATED MATTERS; OBJECTION TO GECMC 2007 C-1 BURNETT STREET TO DEBTORS MOTION FOR RELIEF FROM STIPULATION AND GOVERNING DEBTORS USE OF CASH COLLATERAL; DEBTORS REPLY TO OBJECTION CONCERNING MOTION FOR RELIEF FROM STIPULATION AND ORDER.

04/16/2012   160   Letter Debtors' Letter Brief Re: Motion for Relief From Cash Collateral Stipulation and Order Pursuant to Bankruptcy Rule 9024 (related document(s)126)
filed by Douglas J. Pick on behalf of Hoti Enterprises, LP, Hoti Realty Management Co., Inc.. (Pick, Douglas) (Entered: 04/16/2012)

| Date | No. | Description |
|---|---|---|
| 04/20/2012 | 176 | Affidavit of Victor Dedvukaj in Support of Motion (A) on Commencement of an Adversary Proceeding or, Alternatively, (B) for an Order Granting Dismissal of the Chapter 11 Cases, and (C) in Further Support to Object to the Confirmation of the Plan, filed by Victor Dedvukaj. |
| 04/23/2012 | 163 | Objection to Motion for confirmation of 1st Amended Disclosure Statement and Plan for Reorganization of the Debtors filed by Carl E. Person on behalf of Carl E. Person. (Person, Carl) (Entered: 04/23/2012) |
| 04/23/2012 | 165 | Supplemental Objection to Motion for confirmation of 1st Amended Disclosure Statement and Plan for Reorganization of the Debtors |
| 04/23/2012 | 167 | Debtors' Objection to Confirmation of First Modified Chapter 11 Plan Proposed By GECMC 2007 C-1 Burnett Street LLC |
| 04/23/2012 | 169 | Objection to Confirmation of Amended Plan |
| 04/23/2012 | 170 | Objection to Motion for confirmation of 1st Amended Disclosure Statement and Plan for Reorganization of the Debtors (and is not the Objections of Carl E. Person, which have been filed separately) - filed by Carl E. Person on behalf of Marash Dedvukaj, Gjelosh Dedvukaj, Maruka Dedvukaj, Violeta Dedvukaj, Victor Dedvukaj, Hoti Enterprises, LP, Hoti Realty Management Co., Inc. |
| 04/23/2012 | 172 | Objection / Supplemental Objection to GECMC's First Amended Disclosure Statement and Plan for Reorganization of the Debtors, |
| 04/23/2012 | 177 | Objection of the Debtors and Other Interested Persons to GECMC's 1st Amended Disclosure Statement and Plan for Reorganization of the Debtors, (related document(s)129) filed by Gjelosh Dedvukaj, Marash Dedvukaj, Maruka Dedvukaj, Victor Dedvukaj, Violeta Dedvukaj. |
| 04/26/2012 | 179 | Memorandum of Law In Further Support Of Objection To Debtors' Motion For Relief From Stipulation And Order Governing Debtors' Use Of Cash Collateral |
| 04/30/2012 | 183 | Motion for Adjournment by Creditor, to adjourn May 3, 2012 hearing date for confirmation of Plan and related Disclosure Statement, for reasons set forth in motion |
| 04/30/2012 | 184 | Motion for Adjournment of hearing on May 3, 2012 to confirm GECMC's Plan, for reasons set forth within, filed by Interested Persons Victor Dedvukaj, Violeta Dedvukaj, Marash Dedvukaj, Gjelosh Dedvukaj and Maruka Dedvukaj (the "Partners"), and through the Partners on behalf of the two Debtors |

04/30/2012       185            Second Amended Plan

04/30/2012       186            Second Amended Plan [Blackline Version]

04/30/2012       187    Declaration Of Steven Altman In Support Of Confirmation Of The Second Modified Chapter 11 Plan Of Reorganization For Hoti Enterprises, L.P. And Hoti Realty Management Co., Inc.

04/30/2012       188            Affidavit of Barbara S. Odwak, as Receiver, In Connection with Confirmation of the First Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc.

04/30/2012       189            Memorandum of Law of GECMC 2007 C-1 Burnett Street, LLCs In Support Of Confirmation Of The Second Modified Chapter 11 Plan Of Reorganization For Hoti Enterprises, L.P. And Hoti Realty Management Co., Inc.

05/01/2012       193            Statement / Notice Of Filing Of Proposed Confirmation Order

05/02/2012       194            Objection to Confirmation of Amended Plan , Creditor Carl Person's Objections to GECMC's 2nd Amended Plan for Reorganization of the Debtors

05/02/2012       195            Objection to Confirmation of Amended Plan , Objections by Debtors and Other Interested Persons to GECMC's 2nd Amended Plan for Reorganization of the Debtors

05/08/2012       197            Affidavit in Opposition to Application of Rattet Pasternak, LLP for Final Allowance of Professional Compensation & Reimbursement of Expenses, (related document(s)91, 119) filed by Victor Dedvukaj. (Webb, Lonnie) (Entered: 05/08/2012)

05/11/2012       212            Transcript regarding Hearing Held on 5/3/12 RE: CONFIRMATION HEARING (RELATED DOCUMENT(S)114); DEBTORS OBJECTION TO CONFIRMATION OF FIRST MODIFIED CHAPTER 11 PLAN PROPOSED BY GECMC 2007 C-1 BURNETT STREET, LLC (RELATED DOCUMENT(S)131); APPLICATION FOR FINAL PROFESSIONAL COMPENSATION FOR RATTET PASTERNAK, LLP, DEBTORS ATTORNEY, PERIOD: 10/12/2010 TO 2/14/2011, FEE: $130,688, EXPENSES: $4,472.52, STATEMENT (COVER SHEET RELATING TO APPLICATION FOR FINAL ALLOWANCES (RELATED DOCUMENT(S)91).

05/16/2012       210            Order signed on 5/16/2012 Denying Motion for Relief from Cash Collateral Order. (Related Doc # 126) (Webb, Lonnie) (Entered: 05/16/2012)

05/29/2012       218            Notice of Appeal (related document(s)210) filed by Gjelosh Dedvukaj, Marash Dedvukaj, Maruka Dedvukaj, Victor Dedvukaj, Violeta

Dedvukaj. Appellant Designation due by 6/12/2012

06/01/2012    222    Reply to Motion (Reply to Affidavit of Victor Dedvukaj ECF Docket 197) (related document(s)91, 119) filed by James B. Glucksman on behalf of Rattet Pasternak, LLP. (Glucksman, James) (Entered: 06/01/2012)

06/11/2012    226    Transcript of hearing in Supreme Court of the State of New York, County of Kings held on 5/30/2012 before the Honorable Yvonne Lewis.

06/12/2012    227    Third Amended Plan

06/12/2012    228    Third Amended Plan [Blackline Version]

06/12/2012    229    Order Third Amended Plan Third Amended Plan [Blackline Version] Statement /Notice of Filing of Revised Proposed Confirmation

06/12/2012    230    Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc.

06/14/2012    246    Copy of DECISION dated June 13, 2012 by the Honorable Yvonne Lewis Supreme Court, County of Kings.

06/19/2012    240    Order signed on 6/19/2012 Re: Findings of Fact, Conclusions of Law and Order Confirming The Third Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, LP and Hoti Realty Management Co., Inc.

06/19/2012    243    Order signed on 6/19/2012 Re: Findings of Fact, Conclusions of Law and Order Confirming The Third Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, LP and Hoti Realty Management Co., Inc.

06/21/2012    245    Statement /Notice of Anticipated Effective Date and Deadline To File and Serve Good Faith Estimate of Compensation and Reimbursement Claims and Receiver Claims

06/26/2012    249    Designation of Contents (appellee). / GECMC 2007 C-1 Burnett Street, LLCs Designation Of Additional Items To Be Included In The Record On Appeal

06/29/2012    251    Motion to Reconsider FRCP 60 or FRBP 3008 filed by Mark A. Frankel on behalf of Hoti Enterprises, LP.

06/29/2012    253    Notice of Hearing of Motion for Reconsideration of Confirmation Order, or, in the alternative, for a stay pending appeal filed by Mark A. Frankel on behalf of Hoti Enterprises, LP.

07/02/2012    255    Statement / Notice Of Occurrence Of Effective Date Of Chapter 11 Plan And Deadline For Filing Final Applications For Allowance

Of Compensation And Reimbursement Claims And Receiver Claims. [Fee Application Deadline and Receiver Application Deadline set for August 1, 2012 at 5:00 p.m. (prevailing Eastern Time)].

07/02/2012     256     Motion to Strike / Motion of GECMC 2007 C-1 Burnett Street, LLC For Entry Of An Order Striking Certain Items And Issues From Appellants Designation Of Items To Be Included In The Record On Appeal And Statement Of Issues Pursuant To Bankruptcy Rule 8006

07/05/2012     266     Objection to Motion /Objection of GECMC 2007 C-1 Burnett Street, LLC to Debtors' Motion for Reconsideration of Order Confirming Plan of Reorganization, Or In The Alternative, For A Stay Pending Appeal

07/10/2012     270     Objection to the Transfer of Funds Held by the Rerceiver in Accordance with the Chapter 11 Plan and the Confirmation Order

07/11/2012     272     Response to Objection to Motion for Reconsideration

07/11/2012     273     Declaration of Steven Altman In Support of Objection of GECMC 2007 C-1 Burnett Street, LLC to Debtors' Motion for Reconsideration of Order Confirming Plan of Reorganization, Or In The Alternative, For A Stay Pending Appeal

07/16/2012     276     Order signed on 7/16/2012 Denying Motion for Reconsideration of Order Confirming Plan of Reorganization, or in the alternative, for a Stay pending Appeal.

07/23/2012     281     Transcript regarding Hearing Held on June 14, 2012 at 11:53 AM RE: CORRECTED TRANSCRIPT re: Notice of Hearing in Support of an Order Granting Pick & Zabicki, LLP Leave to Withdraw As Counsel to The Debtors; Application to Employ Carl E. Person, Esq. as Special Litigation counsel to the Debtor; Motion of GECMC 2007 C-1 Burnett Street, LLC for Entry of an Order Fixing and Establishing Cure Amounts in Connection with the Assumption and Assignment of Unexpired Leases, etc.

07/27/2012     287     Notice of Appeal (related document(s)276, 243) filed by Mark A. Frankel on behalf of Hoti Enterprises, LP, Hoti Realty Management Co., Inc.. Plan.

07/27/2012     288     Motion to Compel / *Motion Of GECMC 2007 C-1 Burnett Street, LLC For Entry Of An Order (I) Compelling The Debtors And Victor Dedvukaj To Comply With The Chapter 11 Plan And Confirmation Order, (II) Finding The Debtors And Victor Dedvukaj In Contempt Of Court, And (III) Imposing Sanctions*, and (B) the Emergency Motion Of GECMC 2007 C-1 Burnett Street, LLC To Shorten Notice With Respect To A Hearing To Consider The Motion For Entry Of An Order (I) Compelling The Debtors And Related Persons To Comply With The Chapter 11 Plan And Confirmation Order, (II) Enjoining The Continuation Of The State Court Preliminary Injunction Proceeding, (III) Finding The Debtors And Certain Related Persons In Contempt Of Court, And (IV) Imposing Sanctions filed by George

B. South on behalf of GECMC 2007 C-1 Burnett Street, LLC. (South, George) Modified on 7/31/2012 (Andino, Eddie). (Entered: 07/27/2012)

07/27/2012   289   Emergency Motion to Shorten Time / *Emergency Motion Of GECMC 2007 C-1 Burnett Street, LLC To Shorten Notice With Respect To A Hearing To Consider The Motion For Entry Of An Order (I) Compelling The Debtors And Related Persons To Comply With The Chapter 11 Plan And Confirmation Order, (II) Enjoining The Continuation Of The State Court Preliminary Injunction Proceeding, (III) Finding The Debtors And Certain Related Persons In Contempt Of Court, And (IV) Imposing Sanctions* (related document(s)288) filed by George B. South on behalf of GECMC 2007 C-1 Burnett Street, LLC. (South, George) (Entered: 07/27/2012)

07/30/2012   290   Certificate of Service *of (A) the Motion Of GECMC 2007 C-1 Burnett Street, LLC For Entry Of An Order (I) Compelling The Debtors And Related Persons To Comply With The Chapter 11 Plan And Confirmation Order, (II) Enjoining The Continuation Of The State Court Preliminary Injunction Proceeding, (III) Finding The Debtors And Certain Related Persons In Contempt Of Court, And (IV) Imposing Sanctions and (B) the Emergency Motion Of GECMC 2007 C-1 Burnett Street, LLC To Shorten Notice With Respect To A Hearing To Consider The Motion For Entry Of An Order (I) Compelling The Debtors And Related Persons To Comply With The Chapter 11 Plan And Confirmation Order, (II) Enjoining The Continuation Of The State Court Preliminary Injunction Proceeding, (III) Finding The Debtors And Certain Related Persons In Contempt Of Court, And (IV) Imposing Sanctions* (related document(s)289, 288) filed by George B. South on behalf of GECMC 2007 C-1 Burnett Street, LLC. (South, George) (Entered: 07/30/2012)

07/30/2012   292   Certificate of Service *of Notice of Hearing on (A) the Motion for Entry of an Order (I) Compelling the Debtors and Related Persons to Comply With the Chapter 11 Plan and Confirmation Order, (II) Enjoining the Continuation of the State Court Preliminary Injunction Proceeding, (III) Finding the Debtors and Certain Related Persons in Contempt of Court, and (IV) Imposing Sanctions, and (B) the Emergency Motion to Shorten Notice With Respect to a Hearing to Consider the Motion for Entry of an Order (I) Compelling the Debtors and Related Persons to Comply With the Chapter 11 Plan and Confirmation Order, (II) Enjoining the Continuation of the State Court Preliminary Injunction Proceeding, (III) Finding the Debtors and Certain Related Persons in Contempt of Court, and (IV) Imposing Sanctions* (related document(s)291) filed by George B. South on behalf of GECMC 2007 C-1 Burnett Street, LLC. (South, George) (Entered: 07/30/2012)

08/06/2012   294   Declaration *of Carl E. Person in Support of his Objections to GECMC's Motion to Compel Compliance, Enjoin State Court Proceedings, Find Contempt and Impose Sanctions on Debtors, Special Litigation Counsel Carl Person and Others* (related document(s)289, 288) filed by Carl E. Person on behalf of Carl E. Person. with hearing to be held on 8/9/2012 at 10:00 AM at Courtroom 118, White Plains Office (Person, Carl) (Entered: 08/06/2012)

08/06/2012   296   Statement / *Supplemental Brief In Support Of The Motion Of GECMC 2007 C-1 Burnett Street, LLC For Entry Of An Order (I)*

*Compelling The Debtors And Related Persons To Comply With The Chapter 11 Plan And Confirmation Order, (II) Enjoining The Continuation Of The State Court Preliminary Injunction Proceeding, (III) Finding The Debtors And Certain Related Persons In Contempt Of Court, And (IV) Imposing Sanctions* (related document(s)288) filed by George B. South on behalf of GECMC 2007 C-1 Burnett Street, LLC. (South, George) (Entered: 08/06/2012)

08/06/2012   297   Objection to Motion (related document(s)288) filed by Mark A. Frankel on behalf of Hoti Enterprises, LP, Hoti Realty Management Co., Inc.. with hearing to be held on 8/9/2012 at 10:00 AM at Courtroom 118, White Plains Office (Frankel, Mark) (Entered: 08/06/2012)

08/09/2012   301   Letter *to Judge Drain Re: Debtor's Real Property, et.al.*, filed by Gjelosh Dedvukaj, Victor Dedvukaj. (Webb, Lonnie) (Entered: 08/10/2012)

08/10/2012   302   Order signed on 8/10/2012 Granting Motion of GECMC 2007 C-1 Burnett Street, LLC for entry of an order (I) Compelling the debtors and related persons and agents to comply with the Chapter 11 Plan and Confirmation Order, (II) Directing the withdrawal of State Court Preliminary Injunction Proceeding, (III) Finding the debtors and certain related persons in contempt of court, and (IV) Imposing Sanctions. (Related Doc # 288) (Rodriguez, Willie) (Entered: 08/10/2012)

08/13/2012   306   Notice of Appeal (related document(s)302) filed by Victor Dedvukaj. Appellant Designation due by 8/27/2012, Filing fee collected, receipt #45621.(Correa, Mimi) (Entered: 08/14/2012)

STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred in confirming Order Compelling the Appellants' New Counsel (Arnold E. DiJoseph, (III) To Comply with the chapter 11 Plan, the August 10, 2012 Order,

2. Whether the Court erred in Ordering the Appellants' (II) Finding such new counsel in contempt of court, and (III) imposing sanctions, against Appellee's Directing the withdrawal of the State court preliminary injuction proceeding

3. Whether the Court erred in Ordering the Appellants' withdrawal of the State court preliminary injuction proceeding

Dated: Harrison, New York
November 21, 2012

HOTI ENTERPRISES LP
Pro Se for Appellants

By: *[signature]* Victor Dedvukaj
8 Old Woods Drive
Harrison NY  10528
Telephone:  (914) 804-8200
Facsimile:   (914) 381-2323
Email:  victordedvukaj@aol.com

*On behalf of himself and as authorized signator for*
*Violeta Dedvukaj, Marash Dedvukaj, Gjelosh*
*Dedvukaj and Maruka Dedvukaj and the Debtors, Hoti*
*Enterprises,LP and Hoti Realty Management Co., Inc.,*
*and the above individuals as Interested Persons*

Victor Dedvukaj
8 Old Woods Drive
Harrison NY 10528
Telephone: (914) 804-8200
Facsimile: (914) 381-2323
Email: victordedvukaj@aol.com

*On behalf of himself and as authorized signator for
Violeta Dedvukaj, Marash Dedvukaj, Gjelosh
Dedvukaj and Maruka Dedvukaj and the Debtors, Hoti
Enterprises, LP and Hoti Realty Management Co., Inc.,
and the above individuals as Interested Persons*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:                                    **Chapter 11**
                                          **Lead Case No. 10-24129 (RDD)**

**HOTI ENTERPRISES, L.P. and
HOTI REALTY MANAGEMENT CO., INC.,**

                        Debtors.

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Victor Dedvukaj, hereby certify that on November 21, 2012, I caused to be served a true copy of a document entitled

**APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES**

Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc., (collectively, the "Appellants"), having filed a notice of appeal under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of New York from the September 14, 2012 [Dkt. No. 325] Order granting in part, motion of GECMC 2007 C-1 Burnett Street, LLC for entry of an order (1) Compelling the debtors' New Counsel (Arnold E. DiJoseph, (III) To Comply with the chapter 11 Plan, the August 10, 2012 Order, (II) Finding such new counsel in contempt of court, and (III) imposing sanctions, hereby designate the following for inclusion in

the record on appeal and set forth a statement of issues to be presented on appeal, pursuant to Bankruptcy Rule 8006: the following for inclusion in the record on appeal and set forth a statement of issues to be presented on appeal, pursuant to Bankruptcy Rule 8006

Dated November 21, 2012 [Docket No. 3___] on the parties set forth in the annexed service list in the manner indicated therein.

Victor Dedvukaj

## SERVICE LIST
### (Served by mail on 11/21/12)

George B. South III, Esq.
Daniel G. Egan, Esq.
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York NY 10020-1104


Susan Golden, Esq.
Office of the United States Trustee
33 Whitehall Street
New York NY 10004